UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TODD A. BENNETT            :
                           :
VS.                        :        NO. 3:02CV02299(AWT)
                           :
AETNA LIFE INSURANCE COMPANY :
                           :        OCTOBER 24, 2003

**AFFIDAVIT OF TODD BENNETT**

1. I am over the age of eighteen and I understand the obligations of an oath; I was born May 9, 1970 and I am currently thirty-three (33) years old.

2. Since November, 2001, I have been employed part-time, for twenty (20) to twenty-five (25) hours per week, at Bennett Avionics, with a business address in East Granby, CT.

3. At Bennett Avionics, I work in the sales and marketing department of the company, which sells used aircraft electronics, for example, radios, radar, and GPS sytems.

4. From August, 1992 through April, 1997, I was employed as a business consultant with Accenture /Andersen Consulting.

5. By April, 1997, I was no longer able to perform my job.

6. I could not concentrate on conversations or written work. I was unable to analyze and problem solve as I had in the past. This substantially limited my ability to carry out the usual functions of my position at Accenture.

7. I was unable to stand without difficulty. I felt as though I was carrying ten pound weights on my arms and ankles. I experienced strange feelings in my muscles,

such as tingling or twitching. I also felt heaviness in my face. I was always tired, that is, not sleepy, but exhausted.

8. The cause of my condition was diagnosed as copper toxicity.

9. I was given oral and intravenous chelation therapy, among other treatments, to leach the copper out of my body.

10. The diagnosis and treatment of my condition took several years, and I relied upon many medical specialists both within and outside of Connecticut.

11. I received long term disability benefits under Accenture's LTD plan with Aetna Life Insurance Company from July, 1997 through April, 2002.

12. As of January 31, 2001, I was prepared to attempt to return to work part-time at Accenture.

13. At that time, I still experienced significant concentration problems and fatigue, which affected my ability to work on complex information technology system problems, but I believed that I could contribute on a part-time basis in my regular field of work.

14. I made every effort to secure part-time work with my employer, but Accenture did not locate a position for me.

15. I obtained a new position on a part-time basis at my father's company (Bennett Avionics) in November, 2001, which required re-training in sales of used aircraft electronics.

16. I requested partial disability benefits under the Aetna policy, since the policy provided for this.

17. Letters and reports from my physicians (Kaplan[1], Sica[2], Henderson)

---

[1] Dr. Kaplan indicated in his report that he believed that I would be able to return to full-

|     |     |
| --- | --- |
|     | recommended that I work on a part-time basis. |
| 18. | In the fall of 2001, I requested that Aetna convert to partial disability benefits, and Carrie Jo Peters, the claim representative advised me and my wife, Amy, that they would require proof of my salary in order to compute the benefits. |
| 19. | I then received a letter from Aetna notifying me that all benefits would be terminated as of April, 2002. |
| 20. | In effect, Aetna ignored the partial disability provisions of their policy. |
| 21. | Long term disability benefits were terminated as of April, 2002. |
| 22. | I have continued to work at Bennett Avionics part-time, twenty (20)- twenty-five (25) hours per week, since November, 2001. My salary is based largely on commissions, and I currently earn approximately $18,000 per year. |
| 23. | As of October, 2003, I still experience the concentration and fatigue problems which have limited my ability to work full time. |

TODD BENNETT

Subscribed and sworn to me this 24th of October, 2003.

NOTARY PUBLIC
ELIZABETH K. GALLOWAY
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JULY 31, 2007

---

time work after moving through a transitional period of part-time work.

[2] Dr. Sica emphasized that copper toxicity (like lead poisoning) can result in permanent brain damage.