Job Description for Todd A\_\_\_nnett
SS#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
Technology Consultant

Identify and deliver technology-based business solutions to clients. Skills are used on Business Integration teams as they develop systems solutions that enable clients to go through transformational change.

Todd is highly skilled in planning and managing the technical design, construction and delivery of applications and has extensive knowledge of various development methodologies. Todd combines his knowledge of the application and the technical environment to deliver optimum systems applications that respond to a client's needs. In addition Todd is responsible for supervising project team members during client engagements.

RECEIVED
JUN 09 1997
A2725

AETNA 371