

# Supplemental Employer's Statement

RECEIVED

JUN 09 1997

| Employer's Name | Control |
|---|---|
| ANDERSEN CONSULTING | A2725 |

1. Employee's Name __Todd A. Bennett__  SSN __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__

2. List inclusive dates of all time off work by reason of the disability for which benefits are being claimed.

   See Attached
   From _____ Through _____
   From _____ Through _____
   From _____ Through _____
   From _____ Through _____

3. Give complete details of employee's occupational duties or attach copy of written job description. If employee's occupational duties or responsibilities vary significantly from the attached job description, please explain.

   See Attached

4. Rate and comment on employee's job performance

   ☐ Excellent    ☒ Good    ☐ Satisfactory    ☐ Fair    ☐ Poor

5. Was there a noticeable deterioration in the employee's physical or mental functioning prior to the date last worked? If yes, please describe.

   Yes. Employee has been on intermittant sick leave since December of 1996 due to severe fatigue and extreme weakness. Todd was hospitalized April 8 - 11, 1997 as his conditioned worsened.

6. Comment on the employee's attitude and motivation.

   Todd's attitude and motivation have always been good. He has consistently been rated an "Outstanding" performer since his start with the firm and his career has followed the typical progression of a recruit to this firm. Even during Todd's intermittant absences, he made every effort possible to keep up with his work and frequently contacted his manager with updates of his condition.

**40-002**

- GC-382 (7-93)
CAT. 2000062100

AETNA 368

7. Outline the employee's work history with your company/organization. If the employee worked in any other capacity prior to most recent position, list below.

| Occupation | From | To | Duties Performed |
|---|---|---|---|
| Technology Analyst | 8/17/92 | 9/1/94 | Technology Consulting |
| Technology Consultant | 9/1/94 | Present | Technology Consulting |

8. Indicate briefly any information you may have regarding the employee's education and job history with previous employers. Attach copy of resume if available.

Todd graduated from Clarkson University in Spring of 1992. He received a Bachelor of Science Degree and had a dual major, MIS and Interdisciplinary Engineering and Management. He joined the firm shortly after his graduation. He had been recruited in January of 1992 with a planned start date of 8/17/92.

9. Has the employee filed a Workers' Compensation claim? If yes, indicate the date, status of the claim, and the compensation carrier. For approved claims indicate the effective date, amount, and frequency of payment.

No.

10. Is the employee entitled to a pension from your company/organization at this time or some later date? If yes, please furnish the date the pension was, or will be effective and the amount. Provide any other details concerning your pension program for disabled employees which you feel are pertinent to this claim.

Todd is not eligible for retirement. Individuals in Todd's job category are not pension eligible.

_Maria M. P_
Supervisor
Maria M. Bloom, HR Director

_Pamela Johnson_    Pamela Johnson, Benefits Contact
(Employer's Authorized Representative)
June 4, 1997
(Date)

1-860-280-0575

AETNA 369