# INTEGRATED MEDICAL

Robban A. Sica, MD

8/20/01

Aetna US Healthcare           Re:      Todd Bennett
PO Box 285                    DOB:     5/9/70
Deerfield, IL 60015-0285      Claim #: 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

Attention: Carrie Jo Peters
Disability Management Specialists

I am writing to dispute the physician consultant's opinion (James P. Cole, MD) regarding Mr. Bennett. There are numerous factual errors, (including the spelling of my name), omissions, and faulty conclusions in this statement. Let me attempt to correct these errors.

Todd Bennett has been under my care since April 1997. In December of 1996, Todd found himself no longer able to perform everyday personal/professional activities. After seeing several other physicians without results, he came to me and presented with cognitive impairments: difficulty concentrating, reading, talking and writing. He also experienced weakness, fatigue, parasthesia, and muscle fasciculations. Lab work indicated elevated liver enzymes. Further testing revealed severe copper toxicity. To reduce copper levels, he was chelated with D-Penecillamine from 12/97-2/99 and EDTA from 7/98-12/99.

For your information, Connecticut's land is rich in copper, and copper toxicity within the water supply has been at times problematic. *The State of Connecticut passed laws in 2000 and 2001 requiring water companies to notify consumers about excess copper in their drinking water.* Such notifications did not occur in the past, though excess amounts of copper in the water have been documented at levels 8 times higher than the allowable limits. Although not on a municipal water supply, Todd lived approximately 20 years in close proximity to the first copper mine in the US (New-Gate Prison, East Granby, CT) and another copper mine even closer. His home (and well) was located approximately 2 miles away in a geologically similar location, in an area with a high water table. In addition to copper toxicity, he has also been diagnosed with chronic fatigue syndrome (consistent with CDC criteria), neuropathy, multiple endocrine dysfunctions (androgen, adrenal, and thyroid), Multiple inhalant allergies, and severe eczema.

Among numerous tests a MRI of the brain was done in April 1997. Results showed non-specific, tiny foci of hyperintensity of the white matter adjacent to the lateral ventricles. Clinical correlation was advised. A follow up was done in June of 1999, which indicated a stable MRI (unchanged).
Todd's goal when he became my patient was to resume the active professional and personal life he had prior to becoming ill. This goal has not changed. Todd's symptoms have improved to the point that attempting to return to work is now a plausible option. However, I strongly disagree with the recommendation of a 40 hour workweek at this time. His copper level no longer appears to be toxic but he still experiences an aftermath of symptoms. These symptoms include muscle twitches, tingling in arms

---

830 Post Road East, Westport, CT 06880      Phone: 203 / 226-4167      Fax: 203 / 454-5948
370 Post Road, Orange, CT 06477             Phone: 203 / 799-7733      Fax: 203 / 799-3560

AETNA 115

and legs, and heaviness in extremities. It is the reduced concentration capacity and limited mental and physical stamina that poses the biggest problem.

After successful treatment of copper toxicity, it is not uncommon for associated symptoms to take years to diminish and in some cases may be permanent. These symptoms can be disabling and impact the patients ability to function both at work and home.

Todd is a Computer Consultant for Accenture (formerly Andersen Consulting). His primary responsibilities include supervising teams regarding the analysis, design, development, testing and implementation of complex business computer systems. This position requires extensive analytical and mental skills to accomplish the job. He is currently on leave of absence.

It is important to note that while Todd performed well on the 3-hour neuropsychological testing done at Gaylord Hospital, these results do not display the mental and physical drain that he experienced after this testing. While the testing is known to be grueling, it is not unlike the demands of his occupation. Based on this, a gradual return to work, close monitoring of progress, and gradual increase of hours is strongly recommended by myself as well as the rehabilitation specialists at Gaylord Hospital. These recommendations were made to his employer several months ago but the employer has yet to comply.

In summary, I strongly disagree with the recommendation of a 40 hour workweek at this time, as it is unlikely to be successful and may actually cause a relapse of chronic fatigue. Instead, Todd should resume work initially for 3 hours on Monday, Wednesday and Friday. As he progresses and his condition improves this time should be increased gradually. Hopefully, he eventually will return to work full time and a normal life.

Sincerely,

Robban Sica, MD

AETNA 116