## GAYLORD HOSPITAL, INC. AND ITS AFFILIATES
P.O. BOX 400
Wallingford, Connecticut
06492

| | |
|---|---|
| **PATIENT:** BENNETT, TODD A | **HOSPITAL NO.:** 80714 |
| **DATE:** 01/26/01 | **PHYSICIAN:** Jerrold L Kaplan |

### PHYSICAL MEDICINE AND REHABILITATION
### INITIAL EVALUATION

The patient is a 30-year-old man who has been referred for evaluation of copper toxicity. According to the patient, he was very healthy and active until 1996 when he began to become more and more tired and had difficulty with numerous activities. His condition got worse and he started having difficulty with his memory and concentration. It further exacerbated to the point where he was quite sensitive to sounds and was very easily distracted. His diagnosis was quite difficult to determine and he saw multiple physicians trying to find the etiology of his symptoms. He was finally diagnosed with having copper toxicity. He then went on to a variety of treatment interventions including chelation therapy and intravenous EDTA. He also had acupuncture, biofeedback and holistic medical interventions. He recently was at the University of Michigan for an extensive evaluation in December. This evaluation not only included numerous blood tests but also a liver biopsy and other diagnostic interventions. The patient also had genetic testing to make sure that he did not have Wilson's disease. According to the patient and his wife, the testing results showed no evidence of Wilson's disease. The presumption is that the copper toxicity might have come from well water. The patient has been participating in an outpatient rehabilitation program including physical therapy, occupational therapy and speech therapy. Both the patient and the wife feel he has made substantial progress.

At the present time, the patient still has significant fatigue but is getting more energy. He continues to have difficulty concentrating if he has significant distractions. He also cannot process information if it comes too quickly. He has recently had a neuropsychological evaluation performed at Gaylord.

### PAST MEDICAL HISTORY

Noncontributory.

### FAMILY HISTORY

Significant for coronary artery disease, breast cancer, and prostate cancer.

CONFIDENTIALITY OF THIS RECORD IS REQUIRED UNDER CHAPTER 899 OF THE CT GEN STAT. THIS MATERIAL SHALL NOT BE TRANSMITTED WITHOUT WRITTEN CONSENT OR OTHER AUTHORIZATION AS PROVIDED IN THE AFOREMENTIONED STATUTES.

AETNA 230

GAYLORD HOSPITAL, INC. AND ITS AFFILIATES
P.O. BOX 400
Wallingford, Connecticut
06492

**PATIENT:** BENNETT, TODD A  **HOSPITAL NO.:** 80714
**DATE:** 01/26/01  **PHYSICIAN:** Jerrold L Kaplan

## PSYCHOSOCIAL HISTORY

The patient reports that prior to 1996 he was working as a project manager and computer consultant. He also was quite active physically, skiing, playing tennis, playing basketball, and going camping. He states he also used to use a ski machine. At the height of his illness, he wasn't even able to stand on the skiing machine for 30 seconds. He has gradually been building up his tolerance and states that he can now do some activity on a bike and treadmill and swim approximately four laps in a swimming pool. At the end of 1996 he worked on a limited basis and finally stopped working completely in April, 1997. He has not worked since that time. He denied any cigarette use, alcohol use or significant caffeine intake.

## PHYSICAL EXAMINATION

On examination, the patient is a well-developed, well-nourished man who appears in no acute distress at rest.

HEENT: Normocephalic, atraumatic head. Pupils equal, round and reactive to light.

Neck: Supple. Cervical range of motion is within normal limits.

Bilateral upper extremity strength, sensation, and range of motion appear grossly within normal limits.

On back examination, the patient has good range of motion throughout. Bilateral lower extremity strength and sensation are within normal limits.

## IMPRESSION/PLAN

The patient has been treated for copper toxicity with a variety of interventions. He has not been able to return to work since 1997. Although he still has significant fatigue, he has made dramatic progress. I feel it is appropriate for him to gradually return to the workforce. My recommendation would be to try to simulate some of his work tasks in occupational therapy. I would then recommend that he try a gradual resumption of his former duties. I would start by

CONFIDENTIALITY OF THIS RECORD IS REQUIRED UNDER CHAPTER 899 OF THE CT GEN STAT. THIS RECORD SHALL NOT BE TRANSMITTED WITHOUT WRITTEN CONSENT OR OTHER AUTHORIZATION AS PROVIDED BY THE APPLICABLE STATUTES.

AETNA 231

# GAYLORD HOSPITAL, INC. AND ITS AFFILIATES
P.O. BOX 400
Wallingford, Connecticut
06492

| | | | |
|---|---|---|---|
| **PATIENT:** | BENNETT, TODD A | **HOSPITAL NO.:** 80714 | |
| **DATE:** | 01/26/01 | **PHYSICIAN:** Jerrold L Kaplan | |

working four hours per day three days per week and advance as tolerated. I would like to see him for reevaluation a month after he returns to work.

Jerrold L. Kaplan, M.D.

JLK/gbc

D: 02/08/2001 11:28:58
T: 02/14/2001 15:37:20

AETNA 232

CONFIDENTIALITY OF THIS RECORD IS REQUIRED
UNDER ARTICLE 580 OF THE CT GEN STAT. THIS
MATERIAL IS NOT TO BE TRANSMITTED WITHOUT
WRITTEN CONSENT AND AUTHORIZATION AS
PROVIDED BY THE UNITED STATUTES.


**GAYLORD**

Gaylord Hospital

Gaylord Wallingford
P.O. Box 400
Gaylord Farm Road
Wallingford, CT 06492
203-284-2800
203-284-2804 Fax

Gaylord New Haven
One Long Wharf Drive
New Haven, CT 06511
203-624-3140
203-495-2340 Fax

Gaylord Woodbridge
Jewish Community Center
Amity Road, Route 63
Woodbridge, CT 06525
203-387-2424

August 21, 2001

To Whom It May Concern:

RE:   Todd Bennett
      Gaylord MR #80714

Todd Bennett was seen today for re-evaluation at Gaylord Hospital.  He has been followed for a variety of difficulties associated with copper toxicity.

It is my medical opinion that he is now able to return to work four hours per day, five days per week.  I would like him to try to advance his work schedule by one hour per day each week; i.e. at one week's time 25 hours per week, at two week's time 30 hours per week and at three week's time 35 hours per week and at the end of the month, 40 hours per week.  I will be in contact with the patient and readjust his schedule if needed.

Sincerely,

Jerrold L. Kaplan, M.D.
Vice President and Medical Director

JLK:smf