# GAYLORD HOSPITAL

## NEUROPSYCHOLOGICAL EVALUATION

| | |
|---|---|
| **Name:** | Bennett, Todd, A. |
| **Medical Record #:** | 80714 |
| **D.O.B.:** | 05/09/1970 |
| **Date of Evaluation:** | 01/22/2001 |
| **Date of Report:** | 01/22/2001 |

## PROCEDURES AND TESTS ADMINISTERED
Patient Interview with Wife
The Conner's Continuous Performance Test (CPT)
Digit Span Subtest from the WAIS-III (repeated administration)
The Stroop Test (Golden Version)
Paced Auditory Serial Addition Test (PASAT)
Symbol Digit Modalities Test
Trail Making Test Parts A & B
Hand Dynamometer Test
Finger Oscillation Test
Layfette Grooved Pegboard Test
Rey Complex Figure Test with Delay
Logical Memory I & II Subtest from the WMS-R
The California Verbal Learning Test (CVLT)
Visual Reproduction Subtest I & II Subtest from the WMS-R
Reading Subtest from the WRAT-3
Wechsler Abbreviated Scale of Intelligence (WASI)
Halstead Category Test

## REFERRAL
Mr. Bennett is a 30 year-old right-handed Caucasian male who has been experiencing a variety
of symptoms related to copper toxicity (see below for description). He is referred for
neuropsychological assessment by his primary care physician, William Petit, M.D., to determine
his current level of cognitive functioning and to make recommendations regarding continued
rehabilitation and returning to work.

The following information was gathered from Mr. Bennett and from his wife. Mr. and Ms.
Bennett were felt to be reliable historians.

## CHIEF COMPLAINT AND HISTORY OF PRESENTING PROBLEM
In 1996, Mr. Bennett reports that he began to notice difficulties in problem solving,
concentrating, reading, writing, weakness in his extremities and a benign parathesia. He states
that these symptoms increased to the point where he had to take a leave of absence in
December of 1996.

Mr. Bennett states that his symptoms continue to worsen over the next several months and that
he has not able to return to work since that time. After a series of negative medical evaluations,
it was suspected through a hair sample that these symptoms were a result of copper toxicity

AETNA 251

caused by both a biological predisposition and the high amount of copper that he ingested from drinking out of the well at his home.

Over the past four years, Mr. Bennett has received chelation treatment at a University of Michigan Metal Toxicology Clinic.   In addition, he has tried alternative therapies such as acupuncture, osteopathic manipulation, biofeedback, and a variety of Chinese herbal remedies. Mr. Bennett reports that while his symptoms have reduced considerably over the past few years, he is still not back to his baseline. Indeed, he reports ongoing problems with fatigue, concentration, muscle strength and problem solving. He states that he becomes extremely tired after he 'rises to the occasion'. Mr. Bennett and his wife state that he has not experienced any extrapyramidal symptoms (e.g. rigidity, choreiform movements, masked face, resting tremor), or changes in mood or personality (e.g. depression, anxiety) as a result of his illness.

## MEDICAL HISTORY
Mr. Bennett reports that he has generally been in good health and denies any history of major medical illness, head injury, alcohol or illicit substance abuse, or psychiatric difficulties. He is not taking any medication at the time of this evaluation.

## SOCIAL HISTORY
Mr. Bennett states that his birth and developmental history were normal to be best of his knowledge. He obtained his "Eagle Scout" badge in high school and has always been physically active in activities such as skiing. Mr. Bennett has been married for the past few years and does not have any children. He and his wife report that their families have been helpful and supportive in dealing with his current medical problems.

## EDUCATIONAL AND OCCUPATIONAL HISTORY
Mr. Bennett denies any history of learning disability, being held back a grade or being in special education classes. He was an above-average to superior student in high school, and obtained B+'s and As in most subjects. Mr. Bennett attended college at Clarkson University in New York and graduated in 1992 with a double major in Management Information Systems and Interdisciplinary Engineering Management. After college graduation, he worked for Anderson Consulting for the next four years where he worked his way into a middle management position. He was working for Anderson Consulting when he became symptomatic for copper toxicity and reports that his employer has been extremely supportive of his medical problems and is ready to take him back into the company when he is able to work.

## RESULTS
**Test taking attitude and behavioral observations:** Mr. Bennett arrived on time for this assessment. He was appropriately dressed and groomed and appeared his stated age. His gait appeared unremarkable and he appeared to have functional use of both upper extremities. His speech and language appeared to be intact. Mr. Bennett was attentive and cooperative and he demonstrated a high tolerance for stress with no signs of fatigue during the three-and a half hour interview and assessment. Mr. Bennett was oriented, and demonstrated intact insight and judgment. He noted feeling overwhelmed at times and took regularly scheduled breaks to maintain attention and concentration. With these factors in mind, the following results are felt to be an accurate indication of his current level of functioning.

**Attention, concentration and mental processing:** Mr. Bennett exhibits superior simple auditory attention, with no signs of increased fatigue when the same test was re-administered at the end of the evaluation. On extended tasks of attention, he demonstrates intact performance

with no signs of impulsivity or distractibility. Mr. Bennett also exhibits average performance on more complex aspects of concentration, mental speed and working memory. Taken together, these results indicate that Mr. Bennett's attentional abilities are above average and that he may be experiencing very subtle difficulties with complex aspects of concentration and mental speed.

**Motor:** Mr. Bennett does not appear to have any motor problems or apraxia on incidental behavior. He exhibits high-average fine motor speed and dexterity and average grip strength. His motor performance is slightly asymmetrical, with a 10-15% better performance on his dominant (right side) as compared with his non-dominant side. However, despite this asymmetry, motor speed was still average on his on his non-dominant side and not suggestive of any frank motor deficits or clear lateralilizing features.

**Visuo-spatial functions:** Mr. Bennett exhibits no signs of hemi-spatial neglect or other perceptual problems. He demonstrates a superior ability to re-recreate a complex design and manipulate blocks to re-create abstract designs. Such findings indicate that Mr. Bennett retains superior visuo-spatial processing and perceptual abilities.

**Language:** Mr. Bennett exhibited no word finding deficits, comprehension difficulties, paraphasias, or dysarthria on incidental behavior.

Mr. Bennett generally exhibits superior language performance in areas such as semantic knowledge and verbal abstraction. By contrast, he exhibits an average reading ability. Taken together, these results are not suggestive of any receptive or expressive language deficits, but rather or an individual who retains high average to superior language skills.

**Memory:.** Mr. Bennett exhibits high average to superior verbal and non-verbal memory. He demonstrates superior acquisition of information from complex line drawings, simple figures, narrative stores, and word lists as well as a superior ability to retain and recall this information over time. Thus, Mr. Bennett retains superior encoding, storage and retrieval of verbal and non-verbal information. These findings indicate that Mr. Bennett is entirely capable of learning and remembering new information that is presented to him.

**General Intellectual Functioning:** The results of the intellectual screening reveal that Mr. Bennett is estimated to be functioning in the superior range of general intellectual abilities (i.e. upper 10th percentile in general intelligence). Overall, these results are consistent with what would be anticipated based on his history and prior academic performance. Moreover, he demonstrates a stable performance across different cognitive domains and he does not appear to be experiencing any deficits in general intellectual abilities.

**Self-Regulation/Executive Functioning:** Mr. Bennett exhibits above average performance on tests involving mental flexibility, non-verbal reasoning, planning, insight, and abstract thinking. Thus, he is able to problem solve and organize his thinking in an effective manner. Such results are commensurate with his general cognitive abilities and are not suggestive of any perseverative tendencies or deficits in higher order thought processes

...LITY OF THIS RECORD IS REQUIRED
... PTER 899 OF THE CT GEN STAT. THIS
... SHALL NOT BE TRANSMITTED WITHOUT
... SENT ... OTHER AUTHORIZATION AS
... ...

AETNA 253

4

## CONCLUSIONS:

Mr. Bennett is a 30 year-old Caucasian right-handed male referred for neuropsychological assessment by his physician, William Petit, M.D. For approximately the past five years, Mr. Bennett has been experiencing a variety of symptoms such as difficulty problem solving, poor concentration, fatigue, and weakness that are believed to be a result of copper toxicity. He notes that such symptoms have resolved to some extent, but he still does not feel that he is at his baseline. He is referred for neuropsychological assessment to determine his current level of cognitive functioning and to make recommendations regarding continued rehabilitation and returning to work.

Mr. Bennett's academic history suggests that he had a high-average to superior level of pre-morbid cognitive ability. The current results are considered in light of this estimate.

In short, the results from this assessment are almost entirely positive and indicate that Mr. Bennett is currently functioning at a level that is commensurate with his estimated pre-morbid abilities. As such, Mr. Bennett demonstrates high average to superior basic attention, visuo-spatial skills, language abilities, memory, general intelligence and higher order 'problem solving' skills.

In slight contrast to these findings and his pre-morbid estimates of performance, Mr. Bennett exhibits average mental control and concentration, as well as *slightly* asymmetric performance on motor tasks with his non-dominant side. Such findings reflect at best, a very subtle decline in performance in these areas, and are unlikely to present significant difficulties for him in his daily functioning.

Moreover, Mr. Bennett exhibited no signs of fatigue or declining performance during this three and a half hour evaluation. Indeed, he continued to perform at a high average to superior level on repeated cognitive tasks. Such observations are considered a good prognostic indicator for his ability to gradually return to work.

In conclusion, the results from this assessment are positive, and indicate that Mr. Bennett has not sustained any obvious, or permanent cognitive deficits as a consequence of his copper toxicity. However, it is entirely likely that he continues to experience significant fatigue after doing several hours of strenuous mental work. Thus, to maximize the potential for success, his continued rehabilitation program should incorporate a gradual transition back to work, as he is able to tolerate.

## RECOMMENDATIONS

1.    Mr. Bennett will be provided feedback from this assessment.

2.    To better understand their current situation Mr. Bennett and his wife should read "Sick and Tired of Being Sick and Tired" by Siegal and Donoghue.

3.    These results suggest that Mr. Bennett would benefit from a short course of speech therapy focusing on improving concentration and mental control.

4.    To minimize fatigue, Mr. Bennett should go to bed at an earlier time (he reports that he currently goes to bed around midnight) and get more rest.

5.    Mr. Bennett states that he has more energy later in the day. He should structure his schedule so that he completes the most difficult tasks in the afternoon, while leaving more routine tasks for the morning.

6.    Mr. Bennett should begin the process of transitioning back to work through the use of a daily planner/schedule. He should use the planner to gradually implement more activities and structure into his day.

7.    These results suggest that Mr. Bennett is capable of returning to work on a limited basis. He should begin working about two hours a day and then gradually increase his workload as tolerated.

8.    Mr. Bennett should continue to avoid alcohol and caffeine (including chocolate) to minimize fatigue and fluctuations in energy.

9.    Mr. Bennett should start implementing frequent mini-breaks into his daily schedule with water and stretching. He may benefit from having a watch beep every thirty-minutes to remind him to take these breaks.

10.   Mr. Bennett will probably benefit from starting to take afternoon naps after an extended period of activity.

11.   Mr. Bennett is reporting that he has been feeling overwhelmed and is having difficulty filtering out extraneous stimuli. When he returns to work, it is strongly suggested that he minimize all possible distractions. He will probably due best if is allowed to work in a quiet office and can minimize clutter in his immediate work environment. His speech and language therapist may be helpful in implementing these changes.


M. Alex Peterson, M.A.                    Donna Henderson, Psy.D.
Neuropsychology Intern                    Supervising Neuropsychologist
Yale University School of Medicine        Gaylord Hospital


...DENTIALITY OF THIS RECORD IS REQUIRED
UNDER CHAPTER 899 OF THE CT GEN STAT THIS
MATERIAL SHALL NOT BE TRANSMITTED WITHOUT
WRITTEN CONSENT OR OTHER AUTHORIZATION AS
PROVIDED IN THE AFOREMENTIONED STATUTES

AETNA 255