## Seccombe, Robert

| | |
|---|---|
| From: | Seccombe, Robert |
| Sent: | Wednesday, August 22, 2001 1:12 PM |
| To: | 'peter.c.zackrison@accenture.com' |
| Cc: | toni.l.corban@accenture.com; yvette.m.molina@accenture.com; Evans, Michael; Hollworth, Tad |
| Subject: | RE: LTD Question |

Mr. Bennett continues receiving his full long term disability benefits. Although the medical information indicates he may be capable of part time work he has not resumed work on a part time basis and is therefore eligible to continue to receive his full benefit.

-----Original Message-----
From: peter.c.zackrison@accenture.com
[mailto:peter.c.zackrison@accenture.com]
Sent: Wednesday, August 22, 2001 11:00 AM
To: Seccombe, Robert; Hollworth, Tad
Cc: toni.l.corban@accenture.com; yvette.m.molina@accenture.com
Subject: Re: LTD Question

Bob/Tad-can you tell us the LTD status of Todd Bennett (SSN# 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). Specifically, is he on full disability, partial disability or off LTD benefits altogether. Also, any history of when he made the status changes would be helpful. Thanks.

---

Peter C. Zackrison
Accenture
U.S. Benefits
69-31619 312-693-1619
peter.c.zackrison@accenture.com

----- Forwarded by Peter C. Zackrison on 08/22/2001 09:43 AM -----

            Peter C. Zackrison
                        To:    Toni L. Corban@Accenture
    08/21/2001 04:16 PM       cc:    Peter C. Zackrison@Accenture, Yvette M. Molina@Accenture
                        Subject:   Re: LTD Question

I would want to check with Aetna on Todd's status. It sounds like he would be on partial disability rather than total disability but not off LTD benefits altogether. Todd's relationship with Aetna is based on an LTD contract and is not affected by his employment status with Accenture. While I check on that-I would talk to Mary Fulton/Kathy Gallo on their views about how to terminate someone who is still partially disabled.

---

Peter C. Zackrison
Accenture
U.S. Benefits
69-31619 312-693-1619

AETNA 143

1

peter.c.zackrison@accenture.com

> Toni L. Corban
> 08/21/2001 01:39 PM
> To: Peter C. Zackrison@Accenture
> cc: Yvette M. Molina@Accenture
> Subject: Re: LTD Question

Hi Peter. Just wondering if you would be able to let me know your thoughts on the below. We would like to speak to this individual by the end of this week.

Thank you,
Toni

Toni L. Corban
Accenture
US Personnel Matters - Employee Relations
Florham Park Office, 301/1350, Direct: (973) 301-1350
AIM - TLCorban

AUG 2 2001

----- Forwarded by Toni L. Corban on 08/21/2001 02:12 PM -----

> Toni L. Corban
> 08/16/2001 04:36 PM
> To: Peter C. Zackrison@Accenture
> cc: Yvette M. Molina@Accenture
> Subject: LTD Question

Hi Peter. Hope you are doing well. I have a situation with an individual, Todd Bennett, SS # 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. He has been on LTD since July 6, 1997 and has advised us in March that his doctor has released him to return to work on a limited basis, three hours per day, three days per week until re-evaluated. Because when Todd went on LTD we were PVC office based, he does not have a Market Unit that owns him. Our Hartford EEO Officer, Michele Holt has been working since March to locate a MU to transfer Todd into. Unfortunately, we have not been able to find a place for Todd in the Market Unit after trying for the last 6 months. Since we cannot locate a position for Todd within Accenture, we are planning to terminate his employment. Since he has already been approved for LTD and has been on it for a while, how would us terminating him impact his benefits? He has been released to return to work on a limited basis and since the firm cannot locate a position, how would Aetna handle this? Would he return to his 100% LTD benefits he was receiving?

We are would like to understand all angles before making this decision.

Thank you for your assistance.

Toni

This message is for the designated recipient only and may contain

2

AETNA 144

privileged or confidential information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Seccombe, Robert

From: peter.c.zackrison@accenture.com
Sent: Wednesday, August 22, 2001 11:00 AM
To: Seccombe, Robert; Hollworth, Tad
Cc: toni.l.corban@accenture.com; yvette.m.molina@accenture.com
Subject: Re: LTD Question

Bob/Tad-can you tell us the LTD status of Todd Bennett (SSN# 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). Specifically, is he on full disability, partial disability or off LTD benefits altogether. Also, any history of when he made the status changes would be helpful. Thanks.

---

Peter C. Zackrison
Accenture
U.S. Benefits
69-31619 312-693-1619
peter.c.zackrison@accenture.com

AUG 2 3 2001

----- Forwarded by Peter C. Zackrison on 08/22/2001 09:43 AM -----

Peter C. Zackrison
08/21/2001 04:16 PM
To: Toni L. Corban@Accenture
cc: Peter C. Zackrison@Accenture, Yvette M. Molina@Accenture
Subject: Re: LTD Question

I would want to check with Aetna on Todd's status. It sounds like he would be on partial disability rather than total disability but not off LTD benefits altogether. Todd's relationship with Aetna is based on an LTD contract and is not affected by his employment status with Accenture. While I check on that-I would talk to Mary Fulton/Kathy Gallo on their views about how to terminate someone who is still partially disabled.

---

Peter C. Zackrison
Accenture
U.S. Benefits
69-31619 312-693-1619
peter.c.zackrison@accenture.com

Toni L. Corban
08/21/2001 01:39 PM
To: Peter C. Zackrison@Accenture
cc: Yvette M. Molina@Accenture
Subject: Re: LTD Question

Hi Peter. Just wondering if you would be able to let me know your thoughts on the below. We would like to speak to this individual by the end of this

1

week.

Thank you,
Toni

Toni L. Corban
Accenture
US Personnel Matters - Employee Relations
Florham Park Office, 301/1350, Direct: (973) 301-1350
AIM - TLCorban

----- Forwarded by Toni L. Corban on 08/21/2001 02:12 PM -----

> Toni L. Corban
> 08/16/2001 04:36 PM
>
> To: Peter C. Zackrison@Accenture
> cc: Yvette M. Molina@Accenture
> Subject: LTD Question

Hi Peter. Hope you are doing well. I have a situation with an individual, Todd Bennett, SS # 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. He has been on LTD since July 6, 1997 and has advised us in March that his doctor has released him to return to work on a limited basis, three hours per day, three days per week until re-evaluated. Because when Todd went on LTD we were PVC office based, he does not have a Market Unit that owns him. Our Hartford EEO Officer, Michele Holt has been working since March to locate a MU to transfer Todd into. Unfortunately, we have not been able to find a place for Todd in the Market Unit after trying for the last 6 months. Since we cannot locate a position for Todd within Accenture, we are planning to terminate his employment. Since he has already been approved for LTD and has been on it for a while, how would us terminating him impact his benefits? He has been released to return to work on a limited basis and since the firm cannot locate a position, how would Aetna handle this? Would he return to his 100% LTD benefits he was receiving?

We are would like to understand all angles before making this decision.

Thank you for your assistance.

Toni

This message is for the designated recipient only and may contain privileged or confidential information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

\*\*\* Activity Notes   08/10/01   Peters, Carrie Jo \*\*\*
Received response from Dr. Petit. Dr. Petit advised he does not agree or disagree with the review but recommended an exam with a physiatrist. He did not supply any additional objective medical with his response.

Please note: the claimant underwent a comprehensive examination at Gaylord hospital January 2001 in which the physical exam was all normal and the neuropsych was normal.

Will determine direction of claim once Dr. Sica's office has been reached, however, this is no physical or mental condition that would prevent the claimant from returning to work and will consider VA as next step.