## VOCATIONAL CONSULT REQUEST

| | | | |
|---|---|---|---|
| Claimant Name: | Todd Bennett | Referred to: | Vocational Specialist |
| Prior Job Title: | Technology Consultant | Referred from: | Carrie Jo Peters |
| Policyholder / Account Code: | Aetna, 1566 | Certificate or SS No: | 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 |
| Disability Date: | April 4, 1997 | Pre-dis. Income: | |
| Birth Date / Age: | May 9, 1970, 31 | Gross Monthly Ben: | $3033.33 |

### : REFERRAL TO OBTAIN A FORMAL VOCATIONAL ANALYSIS

**Short Summary:** Todd Bennett is a 31 year old male who last worked prior to April 4, 1997 as a result of fatigue caused by copper toxicity. Prior to this claim, Mr. Bennett was working for Accenture as a Technology Consultant. The claimant currently resides in Granby, CT 06035.

We are requesting your evaluation of the relevant facts contained in the attached file so that we may determine if the claimant remains totally disabled as outline in the group long term disability policy.

For purposes of your evaluation, refer to the following documentation which is included in the attached claim file:

> Physical Capacities form completed by Dr. James Cole on July 27, 2001.
> Mental Residual Functional Capacities form completed by Dr. Daniel LoPreto on July 17, 2001.
> Job description provided by the policyholder.
> Claimant Questionnaire detailing the prior work history and education level.

Prior to your evaluation identify the claimant's pre-claim occupation as defined in the dictionary of occupational titles and detail the claimant's appropriate educational and vocational history.

In conjunction with the claimant's previous work experience, education and training, determine if the claimant would be able to perform his own occupation.

Name: _____  Date: *August 28, 2001*

AETNA 121