# FAX TRANSMISSION

William A. Petit Jr., M.D., FACP, FACE
Doreen A. Rackliffe, PA-C
PO Box 886, 36 Whiting Street, Plainville CT 06062
Tel: 860 747-4377    Fax: 860 747-5047

TO: C J Peters DMS    FAX#: 847 948 7633
FROM: W A Petit Jr MD    SUBJECT: Todd Bennett
DATE: 08/03/01    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
PAGES: 1, including coversheet

☐ Urgent    ☑ For Review    ☐ Please Comment    ☐ Please Reply

(1) Recieved 5 sheets total

(2) I really do not want to agree or disagree with a consultants review of multiple outside records. It seems to me that Mr Bennett should be seen by an outside objective consultant to assess his physical abilities perhaps a physiatrist — this would probably be the best way to determine how to go ?William Pesce at Hospital for Special Care / ?a Pennis Rusati in Hartford

Thank you / William P.

Unauthorized interception of this telephonic communication could be a violation of federal and state laws. The documents attached to this transmittal contain confidential information. They belong to the sender and are legally privileged. The information contained herein is intended for use by the authorized receiver name above. It cannot be redisclosed for use by any other party. If you are not the authorized receiver, you are hereby notified that any disclosure, copying, distribution, or taking any action in reliance on the information contained herein is prohibited. If you have received these documents in error, notify the sender immediately by telephone to arrange for the return of the original documents to said sender or to receive instructions for their destruction.

AETNA 150