| VOCATIONAL ASSESSMENT | |
|---|---|
| **Claimant:** Todd Bennett | **SSN:** 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 |
| **Date of Birth:** May 9, 1970 | **Date of Disability:** April 4, 1997 |
| **Analyst:** Carrie Jo Peters | **Insurer/Account Code:** Andersen/Accenture #1566 |

**CLAIM SUMMARY:**

Todd Bennett, age 31, was employed by Accenture (Andersen Consulting) as a Technology Consultant. The claimant is receiving a monthly wage replacement payment through his long-term disability policy of $3,033.33. The claimant last worked as a result of fatigue caused by copper toxicity.

The most recent report of the claimant's physical and mental abilities is a July 27, 2001 Medical Consultant Review-Estimation of Physical Capacities form completed by James P. Cole, M.D. and a July 17, 2001 Mental Residual Functional Capacity Assessment form completed by Dr. Daniel LoPreto. As a result of these reports, it was determined that the claimant has the residual functional capacity to resume gainful employment in a sedentary to heavy capacity with the following restrictions and/or limitations:

- 8 hours sitting during a typical work schedule; 6 hours on a continuous basis
- 8 hours standing during a typical work schedule; 6 hours on a continuous basis
- 8 hours walking during a typical work schedule; 6 hours on a continuous basis
- Lifting and carrying a maximum of 100 pounds
- Unrestricted use of upper extremities for handling/grasping, fingering, feeling, or pushing/pulling
- Unrestricted use of lower extremities for operating foot controls
- Unrestricted climbing stairs, Continuous climbing ladders
- Unrestricted stooping, kneeling, balancing, crouching, and crawling
- Unrestricted reaching above shoulders and reaching forward <'8" and >18"
- Unrestricted exposure to marked changes in temperature and humidity
- Occasional exposure to dust, fumes, and gases
- Unrestricted proximity to moving mechanical parts
- Unrestricted working in high, exposed places
- Unrestricted driving automotive equipment (work or personal environment)
- "Not Significantly Limited" in the ability to:
  - remember locations and work like procedures
  - understand and remember very short and simple instructions
  - understand and remember detailed instructions
  - carry out very short and simple instructions
  - carry out detailed instructions

1

AETNA 78

- perform tasks/work activities at a consistent pace
- ask simple questions or request assistance
- maintain socially appropriate behavior and to adhere to basic standards of neatness and cleanliness

♦ "No Evidence of Limitation" in the ability to:
- maintain attention and concentration for extended periods
- perform activities within a schedule, maintain regular attendance, and be punctual within customary tolerances
- sustain an ordinary routine without special supervision
- work in coordination with or proximity to others without being distracted by them
- make simple work-related decisions
- interact appropriately with the general public
- accept instructions and respond appropriately to feedback from supervisors
- respond appropriately to changes in the work setting
- be aware of normal hazards and take appropriate precautions
- travel in unfamiliar places or use public transportation
- set realistic goals or make plans independently of others

Sedentary Work is defined as exerting up to 10 pounds of force *occasionally* and/or a negligible amount of force *frequently* to lift, carry, push, pull or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

Light Work is defined as lifting 20 pounds of force *occasionally* and/or up to 10 pound of force *frequently,* and or a negligible amount of force *constantly* to move objects. Even though the weight lifted may be only a negligible amount, a job is rated light when it requires walking or standing to a significant degree or pushing and pulling of arm or leg controls or when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible.

Medium Work is defined as exerting 20 to 50 pounds of force *occasionally* and/or 10 to 25 pounds of force *frequently* and/or greater than negligible up to 10 pounds of force *constantly* to move objects.

Heavy Work is defined as exerting 50 to 100 pounds of force *occasionally* and/or 25 to 50 pounds of force *frequently* and/or 10 to 20 pounds of force *constantly* to move objects.

### Educational and Vocational History

Based on the information provided on the June 10, 2000 Training, Education and Experience form, the claimant is a college graduate having obtained a Bachelor of Science (BS) degree in Management Information Systems (MIS) / Interdisciplinary Engineering and Management. His employment history consists of working for Andersen Consulting (Accenture) as a Consultant from August 1992 to April 4, 1997. The claimant was responsible for supervising teams regarding the analysis, design, development, testing, and implementation of complex business computer systems. He identified and delivered technology-based business solutions to clients as they develop systems solutions that enable the clients to go through transformational changes. Per a job description submitted, Mr. Bennett is highly skilled in planning and managing the technical design, construction and delivery of applications and has extensive knowledge of

2

various development methodologies. The DOT does not contain a job that exactly matches the claimant's prior job. Therefore, the DOT job titles that would appear to most closely reflect the claimant's work experiences are:

**DOT Title:** Systems Analyst  **DOT Code:** 030.167-014
**O\*NET Title:** Systems Analysts, Electronic Data Processing  **O\*NET Code:** 25102
**DOT Duties:** Analyzes user requirements, procedures, and problems to automate processing or to improve existing computer system: Confers with personnel of organizational units involved to analyze current operational procedures, identify problems, and learn specific input and output requirements, such as forms of data input, how data is to be summarized, and formats for reports. Writes detailed description of user needs, program functions, and steps required to develop or modify computer program. Reviews computer system capabilities, workflow, and scheduling limitations to determine if requested program or program change is possible within existing system. Studies existing information processing systems to evaluate effectiveness and develops new systems to improve production or workflow as required. Prepares workflow charts and diagrams to specify in detail operations to be performed by equipment and computer programs and operations to be performed by personnel in system. Conducts studies pertaining to development of new information systems to meet current and projected needs. Plans and prepares technical reports, memoranda, and instructional manuals as documentation of program development. Upgrades system and corrects errors to maintain system after implementation. May assist COMPUTER PROGRAMMER (profess. & kin.) 030.162-010 in resolution of work problems related to flow charts, project specifications, or programming. May prepare time and cost estimates for completing projects. May direct and coordinate work of others to develop, test, install, and modify programs.
**Characteristics:** Sedentary exertion level
**S.V.P.:** 7, skilled

**DOT Title:** Consultant  **DOT Code:** 189.117-050
**O\*NET Title:** All Other Management Support Workers  **O\*NET Code:** 21999J
**DOT Duties:** Consults with client to define need or problem, conducts studies and surveys to obtain data, and analyzes data to advise on or recommend solution, utilizing knowledge of theory, principles, or technology of specific discipline or field of specialization: Consults with client to ascertain and define need or problem area, and determine scope of investigation required to obtain solution. Conducts study or survey on need or problem to obtain data required for solution. Analyzes data to determine solution, such as installation of alternate methods and procedures, changes in processing methods and practices, modification of machines or equipment, or redesign of products or services. Advises client on alternate methods of solving need or problem, or recommends specific solution. May negotiate contract for consulting service. May specialize in providing consulting service to government in field of specialization. May be designated according to field of specialization such as engineering or science discipline, economics, education, labor, or in specialized field of work as health services, social services, or investment services.
**Characteristics:** Sedentary exertion level
**S.V.P.:** 8, highly skilled

AETNA 78

| Vocational Analysis |
|---|

## TRANSFERABLE SKILLS:

The following transferable skills have been identified for the claimant based on his vocational history:

**Skills:**
- Apply principles of logical or scientific thinking to define problems, collect data, establish facts, and draw valid conclusions. Interpret an extensive variety of technical instructions in mathematical or diagrammatic form. Deal with several abstract and concrete variables.
- Apply concepts of analytic geometry, differentiations and integration of algebraic functions with applications.
- Apply mathematical operations to frequency distributions, reliability and validity of tests, normal curve, analysis of variance, correlation techniques, chi-square application and sampling theory, and factor analysis.
- Read literature, books and play reviews, scientific and technical journals, abstracts, financial reports, and legal documents.
- Write editorials, journals, speeches, manuals, critiques, poetry, and songs.
- Conversant in the theory, principles and methods of effective and persuasive speaking, voice and diction, phonetics, and discussion and debate.

**Aptitudes:**
- Above average verbal, numerical, and general learning ability; spatial aptitude
- Average form perception and clerical ability
- Below average motor coordination, finger dexterity, and manual dexterity

**Work Situations:**
- Directing, controlling, or planning activities of others.
- Making judgments and decisions.
- Dealing with people.

**Activities:**
- Coordinating
- Negotiating
- Handling
- Speaking-Signaling

The claimant's job history has been in the SVP level range of 7-8. Specific vocational preparation (SVP) by definition is the amount of lapsed time required by a typical worker to learn the techniques, acquire the information and develop the faculty needed for average performance in a specific job-worker situation. Levels range from 1 (short demonstration) to 9 (over 10 years). The Dictionary of Occupational Titles contains a full explanation of the various SVP levels.

4

AETNA 79

| Alternative Occupations |
|---|

On the basis of the transferable skills analysis, a representative list of occupations was selected. These occupations are within the claimant's transferable skills. Consideration was given to the claimant's training, education and vocational history, as well as the aforementioned restrictions and limitations. **Note:** Wage information will be reported for Hartford, Connecticut the closest city for which wage data was available. ERI was utilized to obtain wage data current as of January 1, 2002.

**DOT Title:** Systems Analyst  **DOT Code:** 030.167-014
**O*NET Title:** Systems Analysts, Electronic Data Processing  **O*NET Code:** 25102
**DOT Duties:** Analyzes user requirements, procedures, and problems to automate processing or to improve existing computer system. [See above for a more detailed description.]
**Characteristics:** Sedentary exertion level
**S.V.P.:** 7, skilled
**Estimated, local, monthly wage:** $4,312.00

**DOT Title:** Consultant  **DOT Code:** 189.117-050
**O*NET Title:** All Other Management Support Workers  **O*NET Code:** 21999J
**DOT Duties:** Consults with client to define need or problem, conducts studies and surveys to obtain data, and analyzes data to advise on or recommend solution, utilizing knowledge of theory, principles, or technology of specific discipline or field of specialization. [See above for a more detailed description.]
**Characteristics:** Sedentary exertion level
**S.V.P.:** 8, skilled
**Estimated, local, monthly wage:** $5,112.00

**DOT Title:** Logistics Specialist  **DOT Code:** 019.167-010
**O*NET Title:** Industrial Engineers, Except Safety  **O*NET Code:** 22128
**DOT Duties:** Directs and coordinates program activities designed to provide subcontractors, management, and customers with logistics technology that ensures effective and economical support concerned for manufacturing or servicing of products, systems, or equipment: Analyzes contractual commitments, customer specifications, design changes, and other data to plan and develop logistic program activities from conceptual stage through life-cycle of product. Develops and implements program activities, coordinates efforts of subcontractors, production departments, and field service personnel, and resolves problems in area of logistics to ensure meeting of contractual commitments. Develops and initiates preparation of handbooks, bulletins, and information systems to provide and supply logistics support. Compiles data on standardization and interchangeability of parts to expedite logistics activities. Determines logistic support sequences and time phasing, problems arising from location of operational area, and other factors, such as environmental and human factors affecting personnel.
**Characteristics:** Sedentary exertion level
**S.V.P.:** 8, skilled
**Estimated, local, monthly wage:** $4,054.00

AETNA 80

**DOT Title:** Information Scientist  
**O*NET Title:** Database Administrators  
**DOT Code:** 109.067-010  
**O*NET Code:** 25103A  
**DOT Duties:** Designs information system to provide management or clients with specific data from computer storage, utilizing knowledge of electronic data processing principles, mathematics, and computer capabilities: Develops and designs methods and procedures for collecting, organizing, interpreting, and classifying information for input into computer and retrieval of specific information from computer, utilizing knowledge of symbolic language and optical or pattern recognition principles. Develops alternate designs to resolve problems in input, storage, and retrieval of information. May specialize in specific field of information science, such as scientific or engineering research, or in specific discipline, such as business, medicine, education, aerospace, or library science.  
**Characteristics:** Sedentary exertion level  
**S.V.P.:** 7, skilled  
**Estimated, local, monthly wage:** $3,001.00

## VOCATIONAL SUMMARY

In accordance with the current medical status outlined above, the claimant is described to have the physical capacity to perform work activities within the sedentary to heavy exertion level. On the basis of the claimant's training, education and work experience, representative occupations were identified. Consideration was given to the claimant's disability (wage replacement) rate of $3,033.33 per month and his local labor market:

Mr. Bennett has about five years of experience in the information technology/consulting industry. While he has been out of the workforce for nearly five years, he does possess a degree in MIS. Also, the aforementioned alternative occupations require many of the same materials, products, subject matter, and services as the claimant's work history and are related to Mr. Bennett's educational training. Considering these factors, it is reasonable to conclude that he would have retained the skills needed to perform the jobs cited above. Such skills would include the ability to apply principles of logic or scientific thinking to define problems, interpret an extensive variety of technical instructions, and read scientific and technical journals.

Report prepared by:

_____  
Sharon Alifantis, MS/CRC

___January 9, 2002___  
Date