MAR. 7.2002   6:19PM   CENTER FOR HEALING

# CENTER FOR THE HEALING ARTS, PC

March 5, 2002

Robban A. Sica, MD, Medical Director

Carrie Jo Peters
Disability Management Specialist
Aetna Life Insurance Company
Group Benefits Department
P.O. Box 285
Deerfield, IL 60015-0285

RE:  Todd Bennett
     D.O.B. 5/9/70

Dear Ms. Peters,

As you know from my previous correspondence (most recent 8/20/01), Todd Bennett has been under my care since April 1997. I recently re-evaluated him on March 4, 2002. In the past year, he has gradually improved and has been able to return to work on a part-time basis. At this point, four hours per day is the maximum amount he is capable of working, despite his improvement.

As previously documented, Todd has been aggressively treated for sever copper toxicity. It is not uncommon for the symptoms associated with the damage from this type of heavy metal poisoning to take years to diminish. In some cases, the neurological impairment may be permanent. It is too early to predict whether or not Todd falls into this latter category. These symptoms are disabling and impact the patient's functional capacity both at home and at work.

His prior employer has not accommodated Todd's need for part-time employment and, as a result, Todd has been forced to seek employment in another occupation, where he will have the flexibility necessary to accommodate his health problems. He has had to acquire the necessary skills for this new position, which he has only been able to do because of the improvement in cognitive function and stamina. Currently, however, fatigue impairs his concentration and attention span after four hours, necessitating the shortened workday.

He therefore remains partially disabled by fatigue and cognitive impairment. He is able to perform the duties of an occupation on a part-time basis ONLY. While he continues to improve at a very slow rate, it is possible that his current status represents maximal medical improvement. If you have any further questions, please contact my office.

Sincerely,

Robban A. Sica, MD

370 Post Road, Orange, CT  06477      Phone: 203 / 799-7733        C_Bennett T 030502.doc /
www.CenterHealingArts.com                                           Fax: 203 / 799-3560
                                        support@CenterHealingArts.com

AETNA 56