COPY

# Amendments

**Attached to and made a part of Group Life Insurance
Policy LTD-653363**

a contract between

## Aetna Life Insurance Company
(hereinafter referred to as Aetna)

and

## Arthur Andersen LLP
(hereinafter referred to as Policyholder)

---

It is understood and agreed that the following amendments to said policy is made a part of and incorporated into the policy.

**Policy No. LTD-653363 originally effective April 1, 1989 is restated (that is, "amended in its entirety") effective January 1, 2001**

---

Nothing contained in this amendment shall be held to alter or affect any of the terms of the policy other than as herein specifically stated.

IN WITNESS WHEREOF Aetna has signed this amendment at HARTFORD, CONNECTICUT.

Signed by Ætna:  December 16, 2002.
                 *(Date)*


*Kathleen B. Hexter*
**Registrar**

*Ronald A. Williams*
_____
**President**

Signed by the **Policyholder:** _____
                                *(Date)*


*(Signature)*                              *(Official Title)*

---

GR-92101                              1



athleen Hexter
National Accounts, Great Lakes
Customer Team, MA4W
151 Farmington Avenue
Hartford, CT 06156
Phone: 860-636-4112
Fax: 860-636-3781

December 18, 2002

Deborah A. Knight
Arthur Andersen
33 West Monroe Mail Stop 13-25
Chicago, IL 60603-5385

**RE**: 2000-2001 Amendments to LTD Contracts


Dear Deborah,

Enclosed are two copies of the 2000/2001 LTD contract rider for signature. Please have both
copies signed and return the one marked please execute to my attention. Please remember to add
the date the document is signed.

Please let me know if you have any questions or comments.


Sincerely,

*Kathleen Hexter*

Kathleen Hexter

　　Tammy Marion,  Aetna, Chicago, IL, F626

G-9

Pal___er and Employee LTD

## V. ADMINISTRATION OF POLICY

**U.    ERISA Claim Fiduciary**

For the purpose of section 503 of Title 1 of the Employee Retirement Income Security Act of 1974, as amended (ERISA and the regulations thereunder), Ætna is, effective January 1, 1991, a fiduciary with complete authority to review all denied claims for benefits under this policy.  In exercising such fiduciary responsibility, Ætna shall have discretionary authority to:

    determine whether and to what extent employees and beneficiaries are entitled to benefits; and

    construe any disputed or doubtful terms of this policy.

Ætna shall be deemed to have properly exercised such authority unless Ætna abuses its discretion by acting arbitrarily and capriciously.

GR-92101