UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT     FILED

TODD A. BENNETT                              :   3-02 CV 2299 (AWT)

       Plaintiff,                         :                                2003 NOV -7  P 2: 12

       v.                                 :                                US DISTRICT COURT
                                                                              HARTFORD CT
AETNA LIFE INSURANCE COMPANY                 :

       Defendant.                         :   November 6, 2003


## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF


Defendant Aetna Life Insurance Company ("Aetna") moves for an extension of time from November 10, 2003 until November 20, 2003, in which to file its reply brief in further support of its motion for summary judgment. Counsel for plaintiff has no objection to this extension. Defendant seeks this short extension of time because of pre-existing commitments in other matters.

WHEREFORE, defendant requests that the time to file its reply brief be extended up to and including November 20, 2003.

Respectfully submitted,

DEFENDANT,
AETNA LIFE INSURANCE COMPANY

By _Vaughan Finn_
    Vaughan Finn
    Federal Bar No. ct13963
    Shipman & Goodwin LLP
    One American Row
    Hartford, CT 06103-2819
    (860) 251-5505
    (860) 251-5599
    Its Attorney

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 6th day of November 2003, I caused to be served by first-class mail, postage prepaid, a copy of Defendant's Unopposed Motion for Extension of Time to File Reply Brief upon:

> John Williams, Esq.
> Katrena Engstrom, Esq.
> Williams and Pattis, LLC
> 51 Elm Street, Suite 409
> New Haven, CT 06510

_Vaughan Finn_
Vaughan Finn

357346 v.01

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385