UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TODD A. BENNETT | : | 3-02 CV 2299 (AWT) |
| Plaintiff, | : | |
| v. | : | |
| AETNA LIFE INSURANCE COMPANY | : | |
| Defendant. | : | November 6, 2003 |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Defendant Aetna Life Insurance Company ("Aetna") moves for an extension of time from November 10, 2003 until November 20, 2003, in which to file its reply brief in further support of its motion for summary judgment. Counsel for plaintiff has no objection to this extension. Defendant seeks this short extension of time because of pre-existing commitments in other matters.

WHEREFORE, defendant requests that the time to file its reply brief be extended up to and including November 20, 2003.

Extension GRANTED, to and including
November 20, 2003. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   11/19/03

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385