UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD A. BENNETT : | |
| v. : | CASE NO. 3:02CV2299 (AWT) |
| AETNA LIFE INSURANCE COMPANY, : and ANDERSEN WORLDWIDE SC | |

## JUDGMENT

This action having come on for consideration of the defendant Aetna Life Insurance Company's motion for summary judgment before the Honorable Alvin W. Thompson, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a ruling granting the motion; (the defendant Andersen Worldwide SC having previously been dismissed from this case); it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant Aetna Life Insurance Company.

Dated at Hartford, Connecticut, this 30th day of September, 2005.

KEVIN F. ROWE, Clerk

By _____
Sandra Smith
Deputy Clerk

EOD _____